In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for Addition to Lincoln Square Urban Renewal Project Within the Area Bounded by West 65th Street, and Other Streets, in the Borough of Manhattan. LINCOLN ARCADE, INC., Appellant.— Decree, so far as appealed from, unanimously affirmed, with costs to respondent. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ.

In the Matter of JOHN J. O'BRIEN, on Behalf of Various Tenants Residing at 231 East 76th Street, Manhattan, New York, Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent, and COLLEGE PROPERTIES, INC., Intervenor-Respondent.— Order entered on April 25, 1961 unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ.

STANLEY ROSSWIG, Appellant, v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Respondent.— Judgment unanimously affirmed, with costs to respondent. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ.

VICTOR A. ROBERTS, Respondent, v. DELIA C. SALES et al., Appellants, et al., Defendant.— Order and judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ.

WILLIAM V. BRADLEY, Individually and as President of the International Longshoremen's Association and as President of the United Marine Division, ILA, Local 333, et al., Appellants, v. JOSEPH O'HARE, Individually and as President of Federal Labor Union No. 24948 New York, New York, United Marine Division, Local 333, AFL, et al., Respondents, et al., Defendants.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ. [27 Misc 2d 894.]

ALLAN ZELNICK, Appellant, v. KINGS COUNTY SAVINGS BANK, Respondent.— Order entered on June 14, 1961, so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ. [30 Misc 2d 886.]

FRANK IX & SONS NEW YORK CORPORATION, Respondent, v. AMSCOT TEXTILE CORPORATION, Appellant.— Order entered on October 27, 1961 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, Stevens and Eager, JJ.

NATHAN C. SCHWARTZ, Appellant, v. HEYDEN NEWPORT CHEMICAL CORPORATION et al., Respondents.— Order and judgment unanimously affirmed, with costs to respondents. No opinion. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ. [30 Misc 2d 663.]

In the Matter of the Arbitration between SIDNEY G. SPERO, Appellant, and STANLEY L. COHEN, Respondent.— Order entered on June 14, 1961 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.